UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,                Case No. 06-C-0935

    v.

APPROXIMATELY $25,000.00        **JUDGMENT OF DEFAULT AND**
BAIL MONEY,                            **FORFEITURE**

        Defendant.

THIS CAUSE having come before this Court upon plaintiff's Motion for Default Judgment, it is hereby

ORDERED, ADJUDGED AND DECREED that the defendant property be forfeited to the United States of America and no right, title or interest in the defendant property shall exist in any other party. The defendant property shall be seized forthwith by the United States Marshal Service for the Eastern District of Wisconsin or his duly authorized agent and shall be disposed of according to law.

Dated at Milwaukee, Wisconsin, this <u>16th</u> day of October, 2006.

                                            s/ Rudolph T. Randa
                                            RUDOLPH T. RANDA
                                            Chief United States District Judge

Judgment entered this 16th day of October, 2006

SOFRON B. NEDILSKY

by: s/ Linda M. Zik
    Deputy Clerk